

COWAN,

DEBAETS,

ABRAHAMS &

SHEPPARD LLP

41 MADISON AVENUE

NEW YORK, NY 10010

T: 212 974 7474

F: 212 974 8474

www.cdas.com

Scott J. Sholder
212 974 7474
SSholder@cdas.com

AILEEN ATKINS
FREDERICK P. BIMBLER
SUSAN H. BODINE
LINDSAY W. BOWEN*
ANDREA F. CANNISTRACI
XAVIER J. CORREA
TIMOTHY J. DEBAETS
ROBERT J. EPSTEIN
DOUGLAS P. JACOBS*
ELEANOR M. LACKMAN†
ELLIS B. LEVINE
JANIS C. NELSON ▪
JOSHUA B. SESSLER
J. STEPHEN SHEPPARD ♦
SCOTT J. SHOLDER*
MARC H. SIMON
KENNETH N. SWEZEY*
NANCY E. WOLFF ●*†

DAVID E. ASHLEY*
ADAM BEASLEY
DANIELLE A. EFROS
ARIEL J. GREENBERG*
BENJAMIN JAFFE
BRITTANY L. KAPLAN
MICHAEL K. LEVIN
MARISSA B. LEWIS*
JONATHAN H. PERITZ*
SIMON N. PULMAN*○

OF COUNSEL:
ROBERT I. FREEDMAN
JERROLD B. GOLD

SPECIAL COUNSEL:
ALEX GIGANTE

PHILIP M. COWAN
   (1943-2001)
HOWARD ABRAHAMS
   (1945-1996)

▪  ADMITTED IN CA
†  ALSO ADMITTED IN CA
♦  ALSO ADMITTED IN DC
○  ALSO ADMITTED IN GA
*  ALSO ADMITTED IN NJ
●  ALSO ADMITTED IN PA
_____

BEVERLY HILLS OFFICE:
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212
T: 310 492 4392 / F: 310 492 4394

June 8, 2017

**VIA ECF & EMAIL**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**Re:   *Benaissa v. Keep America Great PAC, et al*. Docket No. 16-cv-07796-GHW**

Dear Judge Woods:

We represent all defendants in the above-captioned action ("Defendants"), and write pursuant to Your Honor's individual rule 1.A and 4.D on behalf of all parties and with Plaintiff's consent. We write to let the Court know that the parties have just reached a settlement in principal. The parties would respectfully request that the Court stay the case (including decisions on all pending motions) for a period of 90 days while the parties commit their settlement terms to writing. Please let us know if the Court requires any further information.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/*Scott J. Sholder*
Scott J. Sholder

cc:      All Counsel of Record (via ECF & Email)