UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. RAFIK BENAISSA,

                  Plaintiff,

-against-

KEEP AMERICA GREAT PAC a/k/a DEMOCRATIC COALITION AGAINST TRUMP, FRANCESCA LUCIA, JON COOPER, NATHAN LERNER, SCOTT DWORKIN, CHUCK WESTOVER, and JARAD GELDNER,

                  Defendants.

Case No. 16-cv-7796 (GHW)

**STIPULATION OF SETTLEMENT**

---

It is hereby stipulated by and between Counsel that this action is settled.

Therefore, it is ordered by the Court that this action is discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated.

Dated: September 11, 2017

_____
Daniel S. Szalkiewicz, Counsel for Plaintiff

_____
Scott Sholder, Counsel for Defendant


_____
SO ORDERED:
U.S. DISTRICT JUDGE